# G O D D A R D   L A W   P

39 Broadway, Suite 1540 │ New York, NY 1

Office. 646.964.1178

Fax. 212.208.2914

siobhan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/13/2023
```

June 12, 2023

**VIA ECF**
The Honorable Judge Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      **Re:** **Rasheida Alston v. Mutual Housing Association of New York Management, Inc. et al.**
           **Case No.: 1:23-cv-02080-AT**

Dear Honorable Judge Torres:

    The undersigned is counsel to Plaintiff Rasheida Alston ("Plaintiff") in the above-referenced matter. I write jointly with counsel for Defendants to request extending the deadlines to file the joint letter and proposed case management plan, which are currently due today, June 12, 2023. The Parties make this request because Plaintiff's Complaint was just filed today, June 12, 2023, and Defendants' Answer is not due until August 11, 2023. Due to the current pleading schedule, the parties agree that the joint letter and proposed case management plan would be most useful and beneficial in this case if they were due after the pleadings have been filed. Accordingly, we respectfully request the joint letter and proposed case management plan deadlines be extended to September 11, 2023, or another day set by the Court at Your Honor's convenience.

    We thank the Court for its attention in this matter.

                                     Respectfully submitted,
                                     GODDARD LAW PLLC

                                     */s/ Siobhan Klassen*
                                   By: Siobhan Klassen, Esq.

GRANTED.  By **September 11, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 13, 2023
       New York, New York

                         ANALISA TORRES
                     United States District Judge