# GODDARD LAW

39 Broadway, Suite 1540 | New York, NY 10006
Office. 646.504.8363
Fax. 212.473.8705
siobhan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2023

September 9, 2023

**VIA ECF**
The Honorable Analisa Torres
United States Courthouse
for the Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    **Rasheida Alston v Mutual Housing Association of New York Management, Inc.,** *et al.***; Case No. 23-cv-02080 (AT) (JW): Request to Stay**

Dear Counsel:

    The undersigned represents Plaintiff, Rasheida Alston ("Plaintiff") in the above referenced matter and jointly request with Defendants that the September 11, 2023, deadline for the Parties to submit a Joint Proposed Scheduling Order be stayed until after the Parties have attended the mandatory mediation this Court Ordered on September 5, 2023. The Parties believe that setting a discovery schedule will be most judicially economic after they have determined if a settlement can be reached.

    We thank the Court for its attention in this matter.

                              Respectfully,

                              GODDARD LAW PLLC

                              /s/ Siobhan Klassen

                              By: Siobhan Klassen, Esq.

GRANTED. By **November 13, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Date: September 11, 2023
      New York, New York

                              _____
                              ANALISA TORRES
                          United States District Judge