

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/06/2023_____

October 5, 2023

**VIA ECF**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Alston v. Mutual Housing Association of New York Management, Inc. et al*
              Civil Case No. 1:23-cv-02080-AT

Dear Judge Torres:

      We write, with Plaintiff's counsel's consent, seeking to adjourn the upcoming mediation with mediator Daniel Kolb, Esq., currently scheduled for October 12, 2023, to a future date following the completion of some discovery and party depositions.

      This case was referred to mandatory mediation with the S.D.N.Y.'s mediation panel on August 15, 2023. Since then, the parties have fully complied with this Court's Pilot Discovery Protocols and have exchanged their respective document productions. The parties, including Defendants and their counsel, as well as the mediator, are fully prepared to go forward with the mediation as set. However, after extensive discussions with our client, Defendants are not currently in a position to make any type of settlement offer. Accordingly, the parties feel that postponing the mediation after some discovery is completed, would be more productive to everyone involved.

      This is Defendants' first request to adjourn the mediation and is made on consent. This request will not affect any other deadlines.

      Thank you for your attention to this matter.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA
50754975.1

Honorable Analisa Torres
October 5, 2023
Page 2

Respectfully,

*Ariadne Panagopoulou*

Ariadne Panagopoulou of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Megan Sarah Goddard, Esq. (via ECF)
Siobhan E. C. Klassen, Esq. (via ECF)

GRANTED. The mediation scheduled for October 12, 2023, is adjourned. The parties shall participate in a mediation session by **December 10, 2023**, and are reminded that their joint letter and case management plan are due no later than **November 13, 2023**.

SO ORDERED.

Dated: October 6, 2023
New York, New York

ANALISA TORRES
United States District Judge