```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/03/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEIDA ALSTON,

                Plaintiff,

-against-

MUTUAL HOUSING ASSOCIATION OF NEW YORK MANAGEMENT, INC., ISMENE SPELIOTIS, and MARIE CHRISTINE SIMMONS,

                Defendants.

23 Civ. 2080 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 19, 2024, the Court extended the parties' discovery deadlines and adjourned the case management conference scheduled for April 9, 2024, to October 8, 2024. ECF No. 28. On September 9, 2024, the Court granted the parties' second request to extend discovery deadlines. ECF No. 31. Fact discovery now closes on December 16, 2024. *See id.* Accordingly, the case management conference scheduled for October 8, 2024, is ADJOURNED to **January 13, 2025**, at **10:00 a.m.**

    SO ORDERED.

Dated: October 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge