UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEIDA ALSTON,

        Plaintiff,

-against-

MHANY MANAGEMENT, INC., ISMENE SPELIOTIS, and MARIE CHRISTINE SIMMONS,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2025
```

23 Civ. 2080 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters filed on April 14, 2025. ECF Nos. 42–43. Accordingly:

1. The case management conference scheduled for April 21, 2025, is ADJOURNED *sine die*;
2. Defendants shall comply with § III.C of this Court's Individual Practices in Civil Cases ("Special Rules for Summary Judgment Motions"), including the requirement at ¶ III.C.iii with respect to Rule 56.1 statements; and
3. Plaintiff's response, if any, to Defendants' pre-motion letter shall be filed within five business days of Defendants' corrected filing.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 42–43.

    SO ORDERED.

Dated: April 15, 2025
       New York, New York

                                                    ANALISA TORRES
                                      United States District Judge