```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
RASHEIDA ALSTON,

                Plaintiff,

-against-

MHANY MANAGEMENT, INC., ISMENE SPELIOTIS, and MARIE CHRISTINE SIMMONS,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2025
```

23 Civ. 2080 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It has been more than one month since the Court ordered Defendants to comply with the Court's Individual Practices in Civil Cases. *See* ECF No. 44. Defendants have not done so. Accordingly, by **May 21, 2025**, Defendants shall file their Rule 56.1 statement including Plaintiff's responses, *see* Individual Practices ¶ III.C.iii, or file a letter explaining why their anticipated motion for summary judgment should not be denied as untimely.

    SO ORDERED.

Dated: May 19, 2025
         New York, New York

                                              ANALISA TORRES
                                        United States District Judge