

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2025
```

August 25, 2025

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
Brooklyn, NY 10007

      Re:   *Rasheida Alston v. MHANY, Inc. et ano*
              Case No. 1:23-cv-02080

Dear Judge Torres:

    We are counsel for Defendants MHANY Management, Inc. ("MHANY"), Ismene Speliotis, and Marie Christine Simmons ("Defendants"), in the above-referenced matter. We write, with the consent of Plaintiff's counsel, to request a brief one-week extension of Defendants' deadline to file their motion for summary judgment and Plaintiff's corresponding deadline to file their response. Pursuant to Your Honor's Order dated August 5, 2025, Defendants' brief is currently due by September 9, 2024, Plaintiff's opposition is due by October 7, and Defendants' reply brief is due by October 21. Counsel for Defendants is currently engulfed in litigating a motion for class certification in another matter and, as such, requests one additional week to file their motion for summary judgment.

    The parties jointly propose the following deadlines:

1. Defendants to file their Motion for Summary Judgment: **September 16, 2025**
2. Plaintiff to file her Opposition to Defendants' Motion: **October 21, 2025**
3. Defendants to file their Reply in support of their Motion: **November 4, 2025**

    This is the parties' first request to adjourn the deadlines concerning the briefing schedule of Defendants' summary judgment motion. No other deadlines will be affected should this request be granted.

    Thank you for your attention to this matter.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Hon. Analisa Torres
August 25, 2025
Page 2

Respectfully submitted,

/s/ Ariadne Panagopoulou

Ariadne Panagopoulou of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc:   Counsel for Plaintiff (via ECF)

GRANTED.

SO ORDERED.

Dated:  August 26, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge