UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEIDA ALSTON,

           Plaintiff,

-against-

MHANY MANAGEMENT, INC., ISMENE SPELIOTIS, and MARIE CHRISTINE SIMMONS,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/2025_

23 Civ. 2080 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 28, 2025, in addition to her memorandum of law in opposition to Defendants' pending motion for summary judgment, Plaintiff filed a "Counter Statement" to Defendants' Rule 56.1 Statement of Material Facts. *See* ECF No. 65 (Pl. Statement); ECF No. 59 (Def. Statement). Defendants' Rule 56.1 Statement appears to comport with this Court's Individual Practices in Civil Cases, Rules III.C.ii–iii, *see* Def. Statement, and appears to already "reproduce each entry" in the Rule 56.1 Statement with Plaintiff's "response directly beneath it" for each numbered paragraph; *see also* ECF No. 60 (Def. Ltr) (stating that the Rule 56.1 Statement at ECF No. 59 "contains Plaintiff's responses"). It is therefore unclear to the Court what additional responses Plaintiff's Counter Statement includes. *Cf.* ECF No. 65 at 1 n.1.

    Accordingly, by **November 7, 2025**, Plaintiff shall file a letter with the Court identifying every difference between her "Counter Statement" filed at ECF No. 65 and Defendants' Rule 56.1 Statement filed at ECF No. 59.

    Additionally, Plaintiff is reminded that, under Rule III.D of this Court's Individual Practices in Civil Cases, all memoranda of law "shall contain a fact section that sets forth all facts relevant to the motion," and shall "not incorporate by reference any accompanying declarations or affidavits." *Compare* Pl. Opp., ECF No. 64 at 12; *with* Def. Mem., ECF No. 56 at 7–12.

    SO ORDERED.

Dated: October 31, 2025
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge