UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEIDA ALSTON.,

Plaintiff,

-against-

MHANY MANAGEMENT, INC., ISMENE SPELIOTIS, AND MARIE CHRISTINE SIMMONS.,

Defendants.

23 CIVIL 02080 (AT)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 15, 2026, Summary judgment is granted to Defendants on all of Plaintiff's claims; accordingly, the case is closed.

**Dated:** New York, New York
September 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**